COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause Number:      01-15-00551-CV

Trial Court Cause
Number:      2012-31192

Style:      In re Camp La Junta 1928, LP, Blake Smith, Camp La Junta, Inc., CLJ Management Systems, L.L.C.

Date motion filed[*]:      July 15, 2015

Type of motion:      Motion to Strike Post-Hearing Evidence

Party filing motion:      Relators

Document to be filed:

Is appeal accelerated? ☐ YES    ☒ NO

Ordered that motion is:

     ☒ Granted

         If document is to be filed, document due:

         ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

     ☐ Denied

     ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

     ☐ Other: _____

Judge's signature: /s**/** Chief Justice Sherry Radack
         ☒ Acting individually      ☐ Acting for the Court

Date:   July 23, 2015